F. W. WOOLWORTH COMPANY, Appellant, vs: TAX COMMISSION, Respondent.

*November 7, 1939—January 16, 1940.*

For the appellant there was a brief by *Davies, Auerbach, Cornell & Hardy* of New York, N. Y., attorneys, and *Emerson Ela* of Madison, and *Edward Cornell, Martin A. Schenck,* and *William T. Pullman,* all of New York, N. Y., of counsel, and oral argument by *G. Burgess Ela* of Madison.

For the respondent there was a brief by the *Attorney General* and *Harold H. Persons,* assistant attorney general, and oral argument by *Mr. Persons.*

ROSENBERRY, C. J. The principal question involved in this case is that considered and determined in the case of *J. C. Penney Co. v. Tax Comm., ante,* p. 286, 289 N. W. 677. For the reasons stated in that case the judgment in this case must be reversed.

*By the Court.*—The judgment appealed from is reversed, and cause remanded with directions to enter judgment setting aside the assessment and allowing the claim for refund made by the plaintiff.

FOWLER, J., dissents.